UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| McKINLEY BEASLEY, | ) | No. CV 15-03180-CAS (DFM) |
| Plaintiff, | ) | |
| | ) | JUDGMENT |
| v. | ) | |
| J. BEARD et al., | ) | |
| Defendants. | ) | |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

Dated: 9/17/15

_____
CHRISTINA A. SNYDER
United States District Judge